NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHEE A. RASHEED,<br><br>    Plaintiff,<br><br>vs.<br><br>MARY ALLHISER, et al.,<br><br>    Defendants. | No. C 10-01525 JF (PR)<br><br>ORDER REQUESTING PRISON TRUST ACCOUNT OFFICE AND LITIGATION COORDINATOR TO FILE NOTICE REGARDING THE STATE OF PLAINTIFF'S TRUST ACCOUNT<br><br>(Docket No. 12) |

On April 9, 2010, Plaintiff, a state prisoner, filed the instant civil rights action pursuant to 42 U.S.C. § 1983. The Court dismissed this case without prejudice on June 29, 2010, for Plaintiff's failure to pay the filing fee or file a complete in forma pauperis application. (Docket No. 3.) In the interest of justice, on July 26, 2010, the Court granted Plaintiff's motion for an extension of time to pay the filing fee and to thereafter reopen the action. (Docket No. 6.) Plaintiff was directed to pay the filing fee no later than thirty days from the date the order was filed. (Id.)

Plaintiff filed a motion for administrative relief, stating that the $350 filing fee was deducted from his account for this cause of action, but that the check was then returned and given away to another prisoner. (Docket No. 7.) Plaintiff claimed

1  that he continued to have problems managing or accessing his prison account.

2  On August 17, 2010, the Court directed the Prison Trust Account office to provide Plaintiff with a prison trust account statement showing transactions in his account for the past six months, and to provide a notice to this Court accounting for the alleged $350.00 withdrawal from Plaintiff's account for the filing fee in the instant action. (Docket No. 9.) On December 16, 2010, Plaintiff filed a "request for judicial notice," stating that the Prison Trust Account office has not complied with the court's order, and that they continue to refuse access to his trust account. (Docket No. 12.)

The Clerk shall send a copy of this order to the Prison Trust Account Office of the California State Prison - Folsom, where Plaintiff is currently incarcerated, and the Prison Trust Account office is directed to comply with the Court's August 17, 2010, Order **no later than thirty (30) days** from the date this order is filed.

The Clerk shall also send a copy of this order to the Litigation Coordinator, who is requested to file notice with this Court regarding the status of Plaintiff's access to his prison trust account. The Litigation Coordinator is requested to file notice **no later than thirty (30) days** from the date this order is filed.

The Clerk shall enclose a copy of the Court Order filed August 17, 2010, (Docket No. 9), with a copy of this order to the Litigation Coordinator and the Prison Trust Account Office.

IT IS SO ORDERED.

DATED: 1/3/11

JEREMY FOGEL
United States District Judge

Order Requesting Action
P:\PRO-SE\SJ.JF\CR.10\Rasheed01525_notice-litco.wpd          2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TAHEE A. RASHEED,

        Plaintiff,

  v.

MARY ALLHISER, et al.,

        Defendants.
                                 /

Case Number: CV10-01525 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  1/10/11  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tahee Abdullah Rasheed J74120
CA State Prison-Folsom(New)
P.O. Box 290066
Represa, CA 95671

Dated:  1/10/11

                                              Richard W. Wieking, Clerk